# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

05-1273T

Cover Sheet

Plaintiff(s) or Petitioner(s):

**Joan Huskins, as Personal Representative of the Estate of Philip Goldstein, Plaintiff.**

Name of the Attorney of Record (See RCFC 83.1(c)): **Glen A. Stankee, Esquire**

Firm Name: **Ruden, McClosky, Smith, Schuster & Russell, P.A.**

Post Office Box: **P.O. Box 1900, Fort Lauderdale, Florida 33302**

Street Address: **200 East Broward Boulevard, Suite 1500**

City-State-Zip **Ft. Lauderdale, Florida 33301**

Telephone & Facsimile Numbers: **Telephone: 954-761-2907/Facsimile: 954-333-4107**

Is the attorney of record admitted to the Court of Federal Claims Bar? **Yes**

Nature of Suit Code: **2 2 6**
Select only one (three digit) nature of suite code from attached sheet and if numbers 118, 134, 226, 312, 356 or 528 are used, please explain

**This is an action for recovery of a tax deposit.**

Agency Identification Code: **T R E**
See attached sheet for three digit codes

Amount Claimed: **$165,000.00, plus interest**
Use estimate of specific amount is not pleaded

Vaccination Date (vaccine cases only) N/A

If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC40.2.