IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1273 T
(Judge Susan G. Braden)

JOAN HUSKINS, as personal representative of the
ESTATE OF PHILIP GOLDSTEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# NOTICE OF APPEARANCE

Please enter the appearance of Robert Stoddart as attorney of record for the United States.

Opposing parties should serve all papers upon:

Robert Stoddart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

This document will be filed electronically.

Dated: January 11, 2006

s/Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
Court of Federal Claims Section
Tel.: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov