IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1273 T
(Judge Susan G. Braden)

JOAN HUSKINS, as personal representative of the
ESTATE OF PHILIP GOLDSTEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 60-day enlargement of time, from February 7 through April 8, 2006, inclusive, within which to file its answer. (Because April 8 is a Saturday, and the actual filing date will be April 10.) This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance. This motion will be filed electronically.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case has ordered the administrative files, but does not expect to receive them for at least 45 days. He must then draft the IRS's recommendations for defense of the case, as required by 28 U.S.C. § 520. The defendant cannot respond to the substance of the complaint until it receives both the administrative files and the IRS's recommendation.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

January 12, 2006