# In the United States Court of Federal Claims

No. 05-1273C
Filed June 6, 2006

***********************************
JOHN HUSKINS, as personal representative of the ESTATE OF PHILLIP GOLDSTEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

The court will convene a telephone status conference **on Wednesday, June 21, 2006 at 1:30pm, E.D.T.**

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**