# In the United States Court of Federal Claims

No. 05-1273C
Filed June 21, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| JOHN HUSKINS, as personal representative of the ESTATE OF PHILLIP GOLDSTEIN, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**SCHEDULING ORDER**

All dispositive motions will be filed **on or before Monday, October 16, 2006**, with subsequent briefing governed by the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**