IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1273 T
(Judge Susan G. Braden)

JOAN HUSKINS, as personal representative of the
ESTATE OF PHILIP GOLDSTEIN,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, the United States, moves the Court to grant judgment in its favor because there is no genuine issue of material fact, and the defendant is entitled to judgment as a matter of law. The defendant relies upon the complaint, the defendant's proposed findings, the declarations and exhibits in the separately filed Appendix B to Brief in Support of Defendant's Motion for Summary Judgment, and the separately filed Brief.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445; FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson

October 16, 2006 Of Counsel