# In the United States Court of Federal Claims

**No. 05-1273 T**

**Filed: October 19, 2006**

**JOAN HUSKINS, as personal representative of the ESTATE OF PHILIP GOLDSTEIN**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Plaintiff's Proposed Findings of Uncontroverted Facts**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.