IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1273 T
(Judge Susan G. Braden)

JOAN HUSKINS, as personal representative of the
ESTATE OF PHILIP GOLDSTEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S PROPOSED ADDITIONAL FACTS

Pursuant to RCFC 56(h)(2), the defendant, the United States, proposes the following facts to supplement the proposed findings submitted by the plaintiff. The defendant relies upon the Affidavit of Mark S. Hamburgh and its exhibits, which are attached to the Plaintiff's Motion for Summary Judgment.

1. The Goldstein estate's foreclosure litigation involving its interest in a mortgage was settled on February 7, 2002. *See* Affidavit of Mark S. Hamburgh, ¶ 18 and Ex. L at 8. The judge approved the settlement on March 5, 2002. *Id.*, Ex. L at 9.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of counsel

November 16, 2006