5.1.2.1.4 (01-22-2001)
Transaction Codes

1. Don't exceed one debit transaction and two credit transactions per posting voucher . Additionally the dollar amounts must be in balance. When preparing payment posting documents other than Form

809, use Transaction Code (TC) 670 for:

   A. All assessed amounts and all accrued failure to pay (FTP) penalty and interest, except in those instances described in (2) below.

   B. All federal tax deposits (FTDs) secured by an employee in an area office. These FTDs are not routed through the FTD system and are, therefore, treated as subsequent payments.

   C. All BMF estimated payments (ES) for the Form 1120 series of returns.

   D. Payments of lien fees. If the lien fees have not yet been assessed, use TC 360 simultaneously with TC 670.

   E. Payments received resulting from service center actions e.g., substitute for return (SFR) and Form 4549–CG.

2. Following are special circumstances requiring different or additional transaction code input:

   A. Payments on BMF, IMF and civil penalty modules designated for application to interest or penalty — use TC 680 for the amount of designated interest and TC 690 for the amount of designated penalty.

   B. Payments on BMF and IMF modules having a restricted interest indicator (TC 340 or TC 341) — use TC 680 for the amount of accrued interest.

   C. Payments on BMF and IMF modules having a restricted FTP penalty indicator (TC 270 or TC 271) — use TC 670 to post the remittance amount and TC 270 for the amount of accrued penalty.

   D. Payments on IMF modules designated by the taxpayer as estimated payments (ES) — use TC 430.

   E. ES payments on BMF and NMF modules for Estate Taxes (Form 706) and Gift Taxes (Form 709) — use TC 660.

   F. Payments on NMF modules designated for application to interest or penalty — use TC 680 for the amount of designated FTP and TC 270 for any unassessed amounts of FTP penalty included in the payment.

   G. Payments on NMF modules for accrued FTP penalty — use TC 670 to post the remittance amount and TC 340 for the amount of accrued interest.

   H. Payments on NMF modules for accrued FTP penalty — use TC 670 to post the remittance amount and TC 270 for the amount of accrued FTP penalty.

   I. Full payment of NMF modules — request input of command code STAUP 12, using a separate input document from the one used to input the transaction codes.

   J. A remittance received before the posting of TC 671, Subsequent Payment Check Dishonored (prior to the Bal Due issuance), must be input with a primary TC 670 and secondary TC 570, Additional Liability Pending, to ensure that the credit will not be refunded as an overpayment.

   K. Payment of sale and/or administrative costs will be input by TC 694. Any funds received in excess of collection costs will be input by TC 670. If collection costs have not yet been assessed, use TC 360 for the amount of the costs simultaneously with TC 694.

   L. Pre-assessed payments secured require establishment of a name line and input of TC 640, (Advance Payment of Determined Deficiency).

**APPENDIX A**
**(Page 1 of 2)**

M. If a NMF payment exceeds the total of assessed tax, interest and penalty for all periods, apply the excess to the earliest period, using TC 670.

**5.1.2.1.5 (04-01-2003)**
**Procedures for Sending Tax Receipts to Submission Processing Sites**

1. All daily remittances (i.e., checks) must be sent by overnight traceable mail to the designated Submission Processing site. This can include registered mail with the United States Postal Service, Federal Express, United Parcel Service, or any other officially recognized mail carrier.

2. These mailings must be double-wrapped in opaque paper envelopes or boxes.

3. Tax receipts must be shipped to the designated Submission Processing site address for remittances on the day of receipt from the taxpayer, or as soon as possible the next business day.

4. Cash must be converted before mailing.

5. Include a completed posting document to ensure proper crediting of taxpayer accounts.

6. The use of a transmittal document that lists package contents is required. Form 795/795A, Daily Report of Collection Activity, is the transmittal used by CFf.

7. The name of sender, return address (with stop number), and telephone number is required on all transmittals.

8. The sender must establish a control to ensure delivery of tax receipts. The control must include amounts of taxpayer receipts by taxpayer identification number (TIN), correlated to the package tracer information. For example, if the transit provider informs IRS that package number 12345-67-89 was destroyed, a control is needed that enables proper identification of impacted taxpayer(s) so that relief could be granted.

9. Submission Processing sites must acknowledge receipt of each remittance with a distinctive checkmark on the transmittal and return an acknowledgement copy of the transmittal to the originator at the specific address listed on the transmittal within five workdays. Senders must follow up with the destination Submission Processing site within 10 workdays on deposit packages or if all remittances are not acknowledged with a distinctive checkmark.

10. The inside envelope or box is required to contain the following:

    - Name of the person who is authorized to open the package. (The person authorized to open the package will be the Submission Processing Operations Manager with responsibility for deposits.) (See note below.)

    - Address of the receiving office. (See note below.)

    - Return address of the office mailing the package.

    - "Limited Official Use" is required to be clearly marked or stamped on the front and back of the inside envelope or box.

11. Though not required, it is recommended that "LARGE" be annotated on envelopes containing a single remittance of $100,000 or more or if the aggregate total of remittances is $100,000 or more.

12. The outside envelope is required to contain the following:

    - Title of person authorized to open the envelope or box. Name of the person must not be included. (See note below.)

(Reference: IRM 104.3.24.2)

**Payment Posting Voucher—Examination**
*(Not a taxpayer receipt)*

D L N

| N M F | U L C | DLN / Status | SSN/EIN | Form number/ MFT | Tax period | Transaction/ Received date |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |

Taxpayer name, address, and ZIP code *(Please print legibly or use typewriter)*

5

List, in the column below, payments to be posted to the taxpayer's account. A maximum of two *Credit* transactions may be shown.

Transaction Data

| Amount | Code | Ind. | Description |
|---|---|---|---|
| 6 | 670 | | Subsequent payment |
| | 610 | | Remittance with return |
| | 620 | | Payment for Form 7004 |
| 7 | 640 | | Advance payment on deficiency |
| | 430 | | All other est. tax payments |
| | 660 | | Est. tax payments Form 706/1041-ES |
| | 680 | | Designated interest |
| | | | Other credit |
| 12 | | | Total payment |

Remarks

13

List, in the column below, any Debit amount to be assessed. A maximum of one *Debit* transaction may be shown.

Transaction Data

| Amount | Code | Description |
|---|---|---|
| | 170 | ES penalty |
| | 180 | FTD penalty |
| | 360 | Fees and collection cost |
| 8 | 570 | Additional liability pending |
| | | Other debit |
| | | Other debit |

9 ☐ Cash bond 10 ☐ Send 316(C)

Prepared by *(Name and unit symbol)* 11

Form **3244-A** (Rev. 1-91) Cat. No. 22220G Part 1

Department of the Treasury
Internal Revenue Service

APPENDIX B