IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-1273 T
(Judge Susan G. Braden)

JOAN HUSKINS, as personal representative of the ESTATE OF PHILIP GOLDSTEIN,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED ADDITIONAL FACTS**

Plaintiff, Joan Huskins, as personal representative of the Estate of Philip Goldstein, pursuant to RCFC 56, hereby submits her Response to Defendant's Proposed Additional Facts, and states:

1. *The Goldstein estate's foreclosure litigation involving its interest in a mortgage was settled on February 7, 2002.* See *Affidavit of Mark S. Hamburgh, ¶18 and Ex. L at 8. The judge approved the settlement on March 5, 2002. Id., Ex. L at 9.*

Plaintiff agrees with this proposed finding of additional fact.

Respectfully submitted,

**RUDEN, McCLOSKY, SMITH SCHUSTER & RUSSELL, P.A.**
Attorneys for Plaintiff
200 East Broward Boulevard, 15th floor (33301)
Post Office Box 1900
Fort Lauderdale, Florida 33302

By: ______________________
Glen A. Stankee, Esquire
Direct Telephone: (954)761-2907
Direct Facsimile: (954) 333-4107

FTL:1992650:1