APPENDIX

# Introduction to Logic

NINTH EDITION

*Irving M. Copi*
*University of Hawaii*

*Carl Cohen*
*University of Michigan*

MACMILLAN PUBLISHING COMPANY
New York
MAXWELL MACMILLAN CANADA
Toronto
MAXWELL MACMILLAN INTERNATIONAL
New York Oxford Singapore Sydney

also is a truth-functional connective. As we define this connective, a disjunctive statement is true if at least one of the disjuncts it connects is true; it is false only if both disjuncts are false.

3. ***The curl, ~, the symbol for negation.*** The curl denies or contradicts the statement it precedes. It is a truth-functional operator, since the negation of any true statement is false, and the negation of any false statement is true.

For each of these symbols we provided a truth table definition. We introduced the use of logical punctuation, and we explained the convention that the negation symbol will be understood to apply to the smallest statement that the punctuation permits.

## EXERCISES

I. Using the truth table definitions of the dot, the wedge, and the curl, determine which of the following statements are true.

★ 1. Rome is the capital of Italy v Rome is the capital of Spain.

2. ~(London is the capital of England • Stockholm is the capital of Norway).

3. ~London is the capital of England • ~Stockholm is the capital of Norway.

4. ~(Rome is the capital of Spain v Paris is the capital of France).

★ 5. ~Rome is the capital of Spain v ~Paris is the capital of France.

6. London is the capital of England v ~London is the capital of England.

7. Stockholm is the capital of Norway • ~Stockholm is the capital of Norway.

8. (Paris is the capital of France • Rome is the capital of Spain) v (Paris is the capital of France • ~Rome is the capital of Spain).

9. (London is the capital of England v Stockholm is the capital of Norway) • (~Rome is the capital of Italy • ~Stockholm is the capital of Norway).

★10. Rome is the capital of Spain v ~(Paris is the capital of France • Rome is the capital of Spain).

11. Rome is the capital of Italy • ~(Paris is the capital of France v Rome is the capital of Spain).

12. ~(~Paris is the capital of France • ~Stockholm is the capital of Norway).

opening night, but would appreciate tickets for the second performance, "if there is one."[9]

## Summary of Section 8.3

In this section we introduced compound statements that are **conditional** or **implicative**, having the general form "if–then," where the component statement that follows the "if" is the **antecedent**, and the component statement that follows the "then" is the **consequent**.

We introduced another important symbol, **the horseshoe**, "⊃," **representing a third basic truth-functional connective**, called "material implication." **Any material implication is true when it is not the case that the antecedent of the statement is true and its consequent is false.** The truth table definition of the horseshoe makes it clear that a **material implication is true if either its antecedent is false or its consequent is true.** Material implication is not the full meaning of implication in most ordinary discourse, but we explained why this connective does capture the essential core of every conditional statement. We therefore adopt the convention that **if–then statements of all kinds are to be rendered symbolically as material implications**; every statement of the form "If $p$ then $q$ " will be symbolized as: $p \supset q$, which may be read simply as "$p$ implies $q$."

## EXERCISES

I. If $A$, $B$, and $C$ are true statements and $X$, $Y$, and $Z$ are false statements, determine which of the following are true, using the truth tables for the horseshoe, the dot, the wedge, and the curl.

| | |
|---|---|
| ★ 1. $A \supset B$ | 2. $A \supset X$ |
| 3. $B \supset Y$ | 4. $Y \supset Z$ |
| ★ 5. $(A \supset B) \supset Z$ | 6. $(X \supset Y) \supset Z$ |
| 7. $(A \supset B) \supset C$ | 8. $(X \supset Y) \supset C$ |
| 9. $A \supset (B \supset Z)$ | ★10. $X \supset (Y \supset Z)$ |
| 11. $[(A \supset B) \supset C] \supset Z$ | 12. $[(A \supset X) \supset Y] \supset Z$ |
| 13. $[A \supset (X \supset Y)] \supset C$ | 14. $[A \supset (B \supset Y)] \supset X$ |
| ★15. $[(X \supset Z) \supset C] \supset Y$ | 16. $[(Y \supset B) \supset Y] \supset Y$ |

[9]Andreas I. Aristides, "The Gentle Art of the Resounding Put-Down," *The American Scholar* (Summer 1987), 313.

required for each different statement variable in the argument form. Only two are required for a form with just two variables, and that table will have four rows. But three initial columns are required for a form with three variables, like the Hypothetical Syllogism, and such truth tables will have eight rows. To test the validity of an argument form such as that of the Constructive Dilemma,

$$\begin{array}{l} (p \supset q) \cdot (r \supset s) \\ p \vee r \\ \therefore\ q \vee s \end{array}$$

which contains four distinct statement variables, a truth table with four initial columns and sixteen rows is required. In general, to test an argument form containing $n$ distinct statement variables requires a truth table with $n$ initial columns and $2^n$ rows.

### D. SOME COMMON INVALID ARGUMENT FORMS

Two invalid argument forms deserve special notice because they bear superficial resemblances to valid forms and therefore often tempt careless writers or readers. The **fallacy of affirming the consequent**, discussed also in Section 7.6, is symbolized as

$$\begin{array}{l} p \supset q \\ q \\ \therefore\ p \end{array}$$

Although the shape of this form is something like that of *modus ponens*, the two argument forms are, in fact, very different, and this form is certainly not valid. When it is argued, for example, that since membership in the American Civil Liberties Union is indicative of strong support of the freedom of speech, one who defends that freedom must be a supporter of the ACLU, the fallacy of affirming the consequent has been committed.

Another invalid form, called the "**fallacy of denying the antecedent,**" has a shape something like that of *modus tollens* and may be symbolized as

$$\begin{array}{l} p \supset q \\ \sim p \\ \therefore\ \sim q \end{array}$$

An example of this fallacy is the campaign slogan used by a candidate for mayor of New York City some years ago: "If you don't know the buck, you don't know the job—and Abe knows the buck." The unstated conclusion to which the voter was deliberately tempted was that "Abe knows the job"—a proposition that does not follow from the stated premisses.