# In the United States Court of Federal Claims

No. 05-1273 T
Filed February 8, 2007

************************************
*
JOHN HUSKINS, as personal *
representative of the ESTATE OF *
PHILLIP GOLDSTEIN, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**SCHEDULING ORDER**

The court will hold oral argument in this case on February 12, 2007 at 2 p.m. Proceedings will take place at the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128, in the courtroom of the Honorable Cecilia M. Altonaga on the 4th Floor.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**