# In the United States Court of Federal Claims

**05-1273T**

**Filed: February 23, 2007**

**JOAN HUSKINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP GOLDSTEIN**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**Held in Miami, Florida**
**February 12, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.