# In the United States Court of Federal Claims

**No. 05-1273 T**

**JOAN HUSKINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP GOLDSTEIN,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Memorandum Opinion and Final Judgment, filed March 16, 2007, granting the plaintiff's October 19, 2006 Motion for Summary Judgment and denying the Government's October 16, 2006 Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Estate, recover of and from the United States the sum of $165,000.00.

Brian Bishop
Clerk of Court

**March 19, 2007** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.