United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 24, 2007

Mr. Tommy Thompson
Tax Division
Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

In re: Joan Huskins, as Personal Representative of the Estate of Phillip Goldstein, v. United States, No. 05-1273 T

Dear Mr. Thompson:

I enclose herewith a certified copy of the judgment in the above-entitled case. It is expected that payment of this judgment will be processed pursuant to Section 2411 of Title 28, United States Code, and plaintiff's attorney has been notified accordingly.

Very truly yours,

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure

cc: Robert Charles Stoddart, Esq.
Department of Justice