# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
JUN 25 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5128

JOAN HUSKINS,
as personal representative of the Estate of Philip Goldstein,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
JUN 25 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

06/25/07

cc: Clerk's Office, CFC
Robert Stoddart
Glen A. Stankee

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUN 25 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 06/25/07

HUSKINS V US, 2007-5128
CFC - 05-CV-1273

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 6/25/07