**U.S. Department of Justice**

Tax Division

*Washington, D.C. 20530*

RTM:DDG:WEThompson:wet
154-2399
CMN 2006101216

October 3, 2007

Honorable Brian Bishop
Clerk, United States Court
of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: Joan Huskins, as Personal Representative of the Estate of Phillip Goldstein v. United States
Federal Claim No. 05-1273 T

Dear Mr. Bishop:

We have forwarded the Treasury check issued in satisfaction of the Judgment in the above case to counsel for the plaintiff, principal of $165,000.00, with no accrued interest.

Kindly see that the Judgment is marked satisfied.

Sincerely yours,

RICHARD T. MORRISON
Acting Assistant Attorney General
Tax Division

By: David D. Gustafson

DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section